UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) 1:17-cr-0221 SEB-TAB |
| RICHARD BERNARD GRUNDY, III a/k/a White Boy | ) -01 |
| Defendant. | ) |

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. § 846 Conspiracy to Distribute Controlled Substances | 10-Life | $10,000,000.00 | NLT 5 years |
| 10 | 18 U.S.C. § 1956(h) Conspiracy to Launder Monetary Instruments | NMT 20 years | $500,000.00 or the value of the funds involved in the transfers, whichever is greater | NMT 3 years |

Dated: _____   _____
Richard Bernard Grundy, III,
a/k/a White Boy
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana